UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CHARLES SCHUBERT,<br><br>                Petitioner,<br>   v.<br>KENNETH QUINN,<br><br>                Respondent. | Case No. C08-0660RSL<br><br>ORDER RENOTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on petitioner's "Motion and Declaration for an Emergency Enlargement/Extension of Time." Dkt. # 27. Respondent does not opposed the motion. Dkt. # 28. Because motions are generally set for consideration on Fridays, the Clerk of Court is directed to renote the "Report and Recommendation" (Dkt. # 25) on the Court's calendar for February 27, 2009. Objections to the recommendation shall be filed on or before February 20, 2009.

Dated this 30th day of January, 2009.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER RENOTING REPORT AND RECOMMENDATION