UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CHARLES SCHUBERT,<br><br>    Petitioner,<br><br>    v.<br><br>KENNETH QUINN,<br><br>    Respondent. | CASE NO.   C08-660-RSL<br><br>ORDER DENYING FEDERAL<br>HABEAS PETITION AND<br>DISMISSING ACTION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, including the second page of petitioner's objections to the Report and Recommendation, does hereby find and Order:

(1) The Court adopts the Report and Recommendation. The Court specifically notes that Judge Donohue addressed all of the grounds on which petitioner sought relief and that petitioner has not offered any facts or legal citations demonstrating that the state's procedural bar was unclear, inconsistently applied, or otherwise inadequate.

ORDER DENYING FEDERAL
HABEAS PETITION AND
DISMISSING ACTION - 1

(2) Petitioner's federal habeas petition (Dkt. # 4) is DENIED.

(3) Petitioner's motion to present newly discovered evidence (Dkt. # 25 at 110) and petitioner's motion for release from custody (Dkt. # 25 at 152) are also DENIED.

(4) Petitioner's motion to correct typing error (Dkt. # 31) is GRANTED.

(5) This action is DISMISSED with prejudice.

(6) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

Dated this 13th day of April, 2009.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING FEDERAL
HABEAS PETITION AND
DISMISSING ACTION - 2