1
2
3
4
5
6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                      AT SEATTLE

8    _____
                                            )
9    DAVID CHARLES SCHUBERT,                )
                                            )          No. C08-0660RSL
                        Petitioner,         )
                                            )          ORDER DENYING PETITIONER'S
10              v.                          )          MOTION FOR RECONSIDERATION
                                            )
11   KENNETH QUINN,                         )
                                            )
12                      Respondent.         )
     _____)
13

14           On April 17, 2009, the Court adopted the Report and Recommendation of the

15   Honorable James P. Donohue, United States Magistrate Judge, and denied Mr. Schubert's

16   habeas petition. Petitioner filed a timely motion for reconsideration (Dkt. # 36), stating that

17   there was "ERROR OF LAW" and "FRAUD ON THE COURT."

18           Motions for reconsideration are disfavored in this district. Such motions will be

19   granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal

20   authority which could not have been brought to [the Court's] attention earlier without reasonable

21   diligence." Local Civil Rule 7(h)(1). Petitioner's bald assertions of error and fraud do not

22   satisfy his burden. The motion for reconsideration is therefore DENIED.

23
24
25
26
     ORDER DENYING PETITIONER'S
     MOTION FOR RECONSIDERATION

Dated this 12th day of May, 2009.

Robert S. Lasnik
United States District Judge