UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID CHARLES SCHUBERT,

                Petitioner,

     v.

KENNETH QUINN,

                Respondent.

Case No. C08-0660RSL

ORDER EXTENDING TIME

This matter comes before the Court on petitioner's "Motion For Extension of Time Pursuant to FRCP 6." Dkt. # 44. The motion is GRANTED. Petitioner has until May 22, 2009, to file his reply to respondent's opposition to the issuance of a certificate of appealability. The Clerk of Court is directed to renote the motion for certificate of appealability on the Court's calendar for Friday, May 22, 2009.

Dated this 19th day of May, 2009.

                /s/ Robert S. Lasnik

                Robert S. Lasnik
                United States District Judge

ORDER EXTENDING TIME