UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
DAVID CHARLES SCHUBERT, )
                                                   )
                          Petitioner, )   No. C08-0660RSL
           v. )
                                                   )   ORDER GRANTING PETITIONER
KENNETH QUINN, )   LEAVE TO FILE REPLY
                                                 )
                        Respondent. )
_____)

        This matter comes before the Court on "Petitioner's Motion for Leave to File an Over-Length Reply to the Respondent's Response to the Second Report and Recommendation." Dkt. # 94. The Federal Rules of Civil Procedure do not authorize the filing of a reply in this context. Fed. R. Civ. P. 72(b). Nevertheless, the Court finds that a brief rebuttal from petitioner may be helpful to the resolution of this matter. Petitioner may, therefore, file a reply of no more than ten pages in length on or before March 14, 2013. The Clerk of Court is directed to renote the Objections to the Report and Recommendation on the Court's calendar for Friday, March 15, 2013.

        Dated this 7th day of March, 2013.

                                        /s/ Robert S. Lasnik
                                Robert S. Lasnik
                                United States District Judge